CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

February 26, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ M. Poff
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **MICHAEL HOLBERT BAILEY,** ) | |
| Petitioner, ) | Civil Action No. 7:25cv00722 |
| ) | |
| v. ) | MEMORANDUM OPINION |
| ) | |
| **WARDEN, USP LEE,** ) | By: Robert S. Ballou |
| Respondent. ) | United States District Judge |

Plaintiff, proceeding *pro se*, filed a petition for habeas corpus, pursuant to 28 U.S.C. § 2241. By order entered October 29, 2025, the court assessed a $5.00 filing fee and directed plaintiff to submit within 30 days from the date of the order either the filing fee, a signed consent to withholding of filing fees form, or a completed application to proceed *in forma pauperis*. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the conditions described. Because plaintiff has failed to provide the court with sufficient information from which the court could grant leave to proceed *in forma pauperis*, I will deny plaintiff that status. I will further dismiss this action without prejudice for plaintiff's failure to comply with the court's order.

An appropriate order will be entered this date.

Enter: February 25, 2026

/s/ *Robert S. Ballou*

Robert S. Ballou
United States District Judge